UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE ETHYLENE PROPYLENE DIENE MONOMER (EPDM) ANTITRUST LITIGATION | No. 3:03 MD 1542 (SRU) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | AUGUST 11, 2008 |

**CLASS PLAINTIFFS' MOTION TO DISMISS PURSUANT TO RULE 41(a)(1) NAMED PLAINTIFFS' CLAIMS AGAINST EXXON MOBIL CORPORATION**

Class Plaintiffs respectfully move, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the Court "So Order" the Stipulation of Dismissal and Covenant Not to Sue attached hereto as Exhibit A, wherein Class Plaintiffs dismiss without prejudice their claims against Exxon Mobil Corporation ("Exxon"), effective 90 days after the date of publication of notice to class members, and covenant not to sue Exxon. Plaintiffs will file a Notice with the Court once class notice has been mailed and published so that the specific date of the dismissal will be set and docketed of record.

s/David R. Schaefer
David R. Schaefer (Bar No. 04334)
**BRENNER, SALTZMAN & WALLMAN, LLP**
271 Whitney Avenue
New Haven, CT 06511
Telephone: (203) 772-2600
Facsimile: (203) 562-2098
Email: dschaefer@bswlaw.com

**Plaintiffs' Liaison Counsel**

**Plaintiffs' Co-Lead Counsel**

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
Michael D. Hausfeld
1100 New York Ave., N.W.,
West Tower, Suite 500
Washington, DC 20005
Tel: (202) 408-4600/Fax: (202) 408-4699

**BOLOGNESE & ASSOCIATES, LLC**
Anthony J. Bolognese
Joshua H. Grabar
1500 JFK Blvd., Suite 320
Philadelphia, PA 19102
Tel: (215) 814-6750/Fax: (215) 814-6764

**GOLD BENNETT CERA & SIDENER, LLP**
Steven O. Sidener
C. Andrew Dirksen
595 Market St., Suite 2300
San Francisco, CA 94105
Tel: (415) 777-2230/Fax: (415) 777-5189

**LEVIN FISHBEIN SEDRAN & BERMAN**
Howard J. Sedran
510 Walnut St., Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500/Fax: (215) 592-4663

## CERTIFICATION

I, David R. Schaefer, an attorney, hereby certify that August 11, 2008, I caused a true and correct copy of the foregoing Motion to be filed electronically and served electronically pursuant to the Court's orders in the captioned matters. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*s/David R. Schaefer*
David R. Schaefer (Bar No. 04334)
**BRENNER, SALTZMAN & WALLMAN, LLP**
271 Whitney Avenue
New Haven, CT 06511
Telephone: (203) 772-2600
Facsimile: (203) 562-2098
Email: dschaefer@bswlaw.com

M:\DOCS\04892\001\AB9751.DOC

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: ETHYLENE PROPYLENE DIENE MONOMER (EPDM) ANTITRUST LITIGATION | Case No. 3:03 MD 1542 (SRU) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS, EXCEPT NO. 3:05 MD 1642 (SRU) | August ___, 2008 |

## STIPULATION OF DISMISSAL BY PLAINTIFFS AGAINST EXXON MOBIL CORPORATION AND COVENANT NOT-TO-SUE

WHEREAS, on July 1, 2004, plaintiffs Alco Industries, Diamond Holding Corporation, Duraplas Corporation, Functional Products, Inc., Industrial Rubber Products, Inc., Polymerics, Inc., Precision Associates, Schlegel Corporation, and Synaflex Rubber Products Co., Inc. ("Plaintiffs") filed their Second Consolidated Amended Complaint alleging, *inter alia*, that defendants, including Exxon Mobil Corporation ("Exxon Mobil") (referred in the Second Amended Complaint to as ExxonMobil Chemical Corporation) participated in a global conspiracy to fix, maintain and stabilize prices of EPDM in the United States during the alleged class period of 1997 through 2001; and

WHEREAS, in response to the Second Consolidated Amended Complaint, Exxon Mobil denied plaintiff's allegations that it engaged in the alleged conspiracy; and

WHEREAS, following the close of merits and expert discovery, on April 16, 2008 defendant Exxon Mobil filed a motion for summary judgment asserting, *inter alia*, that there is not, and never was, any valid reason to include Exxon Mobil in this lawsuit and that summary judgment should be granted in favor of Exxon Mobil Corporation; and

-1-

WHEREAS, on June 20, 2008 Class Plaintiffs filed their Memorandum of Law in opposition to the Motion for Summary Judgment filed by Exxon Mobil Corporation, disagreeing with Exxon's position that summary judgment in favor of Exxon Mobil was appropriate; and

WHEREAS, to the extent there is a trial in this matter, Plaintiffs' Counsel believe that for strategic reasons Plaintiffs' presentation to the jury would be best served by streamlining their case and proceeding to trial against the remaining DSM defendants only.

IT IS HEREBY STIPULATED AND AGREED among counsel for the undersigned parties as follows:

1. The claims asserted by Plaintiffs in the Second Consolidated Amended Complaint against defendant Exxon Mobil, including ExxonMobil Chemical Corporation, are dismissed without prejudice, with a covenant not-to-sue Exxon Mobil (described below in ¶2), effective 90 days after the mailing of class notice pertaining to the dismissal of Exxon Mobil, as approved by the Court, with each party bearing its own costs and fees.

2. The Plaintiffs covenant not-to-sue Exxon Mobil with respect to the claims set forth in the Second Consolidated Amended Complaint and with respect to any other claims arising from the facts alleged in the Second Consolidated Amended Complaint, effective 90 days after the mailing of the Class Notice referenced in ¶1.

3. Defendant Exxon Mobil withdraws its Motion for Summary Judgment and opposition to Class Plaintiffs' Motion for Class Certification, pending entry of the agreed upon dismissal.

4. Class Plaintiffs' Motion for Class Certification is hereby amended to no longer seek class certification against Exxon Mobil, a dismissed party, pending entry of the agreed upon dismissal.

5. This Stipulation does not affect the rights of putative class members to bring their own individual actions against Exxon Mobil, subject to all defenses of Exxon Mobil.

6. Defendant, Exxon Mobil, agrees to provide declarations and deposition testimony, if necessary, with respect to foundational matters concerning Exxon documents produced to Plaintiffs in discovery, as more fully set forth in a letter agreement between the parties.

7. The Plaintiffs have not and will not receive any monetary or other consideration from Exxon Mobil for the dismissal of their claims, except as stated in this stipulation.

8. Plaintiffs agree to bear those expenses incurred with respect to notice to the putative class of the dismissal set forth in this Stipulation.

Dated: August 11, 2008

s/David R. Schaefer
David R. Schaefer (ct 04334)
BRENNER, SALTZMAN & WALLMAN, LLP
271 Whitney Avenue
New Haven, CN 06507-1746
Telephone: (203) 772-2600
Facsimile: (203) 562-2098
Email: dschaefer@bswlaw.com

PLAINTIFFS' LIAISON COUNSEL


s/Anthony J. Bolognese
Anthony J. Bolognese
Joshua H. Grabar
Michael Gehring
BOLOGNESE & ASSOCIATES, LLC
Two Penn Center
1500 J.F.K. Boulevard, Suite 320
Philadelphia, PA 19102
Telephone: (215) 814-6750
Facsimile: (215) 814-6764
Email: abolognese@bolognese-law.com

-3-

s/Michael D. Hausfeld
Michael D. Hausfeld
COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005
Telephone: 202-408-4600
Facsimile: 202-408-4699
Email: mhausfeld@cmht.com

s/Charles Dirksen
Steven O. Sidener
Charles Dirksen
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, CA 94105-2835
Telephone: 415-777-2230
Facsimile: 415-777-5189
Email: ssidener@gbcslaw.com

s/Howard J. Sedran
Howard J. Sedran
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
Email: hsedran@lfsblaw.com

PLAINTIFFS' CO-LEAD COUNSEL

s/Steven Alan Reiss
_____
James W. Quinn
Steven Alan Reiss
Christopher V. Roberts
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212)310-8000
Facsimile: (212)310-8007
steven.reiss@weil.com

Diane C. Mokriski
O'CONNELL, FLAHERTY & ATTMORE, LLC
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 548-1300
Facsimile: (860) 548-0023

COUNSEL FOR EXXON MOBIL CORPORATION

So Ordered this _____ day of _____, 2008.

_____
U.S.D.J.

-5-