UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: ETHYLENE PROPYLENE DIENE MONOMER (EPDM) ANTITRUST LITIGATION | Case No. 3:03 MD 1542 (SRU) |
| THIS DOCUMENT RELATES TO: 3:05-00528 (SRU) | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that pursuant to Fed. R. Civ. P. 41(a)(1):

All claims by Plaintiff, RBX Industries, Inc., against the Defendant, Exxon Mobil Chemical Corporation ("ExxonMobil"), in this action are dismissed without prejudice.

WHEREFORE the parties move this Court to enter this Stipulation dismissing this case against ExxonMobil.

Dated: January 26, 2009

_____
Dianne M. Nast
RodaNast, PC
801 Estelle Drive
Lancaster, PA 17601
Telephone: (717) 892-3000

*Counsel for RBX Industries, Inc.*

Respectfully submitted,

_____
James W. Quinn
Steven Alan Reiss
Christopher V. Roberts
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000

*Counsel for Exxon Mobil Corporation*

SO ORDERED THIS _____ DAY OF JANUARY, 2009.

_____
U.S.D.J.

CERTIFICATE OF SERVICE

I hereby certify that I have this 26th day of January, 2009 filed and served via the Court's electronic case filing system, a true and correct copy of the foregoing Stipulation of Dismissal Without Prejudice.

_____